# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-9000
Owner:  Ociel Mendoza, *et al.*
Acreage:  2.574

**Being** a 2.574 acre tract (112,137 sq ft) parcel of land, more or less, being out of a called 278.840 acres, out of a calculated 278.872 acres, in Starr County, Texas conveyed to Ociel Mendoza, Volume 1252, Page 52. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-03-2019, having the following NAD83 (2011) Grid Coordinates N=16628622.82, E=931356.63; Thence S 42°22'19" W a distance of 1112.01 feet to a found iron rod at a barbed wire fence corner, on the East line of the Ociel Mendoza tract, Volume 1252, Page 52 and on the West line of the Noel A. Guerra ET AL tract, Volume 726, Page 385, for the **Point of Commencement,** having the following coordinates: N=16627801.29, E=930607.20.

**Thence:** N 46°23'59" E departing said property line, a distance of 759.25 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1 on the South line of the Porcion 93 tract 146 and on the North line of the Ociel Mendoza tract, Volume 1252, Page 52 for the **Point of Beginning,** having the following coordinates: N=16628324.88, E=931157.03, said point being on the Western boundary of the parcel herein described;

**Thence:** S 80°28'37" E along said property line, departing said Western boundary, to a barbed wire fence, a distance of 234.90 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-2 for angle, said point being the Northeast corner of the Ociel Mendoza tract, Volume 1252, Page 52;

**Thence:** S 22°06'38" E along said barbed wire fence, along the East line of the Ociel Mendoza tract, Volume 1252, Page 52, a distance of 280.41 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-2A for a Point on Line;

**Thence:** S 22°06'38" E along said barbed wire fence, along said property line, crossing the center of an existing 29 foot wide gravel road at 229 feet, a distance of 280.41 feet to a found ½" iron rod with a plastic cap designated as, RGV-06-RGC-9000-3=9001-3 for angle, said point being the Southeast corner of the Ociel Mendoza tract, Volume 1252, Page 52 and the Northeast corner of the Noel A. Guerra ET AL tract, Volume 726, Page 385;

## SCHEDULE C (Cont.)

**Thence:** N 80°25'31" W along the South line of the Ociel Mendoza tract, Volume 1252, Page 52 and the North line of the Noel A. Guerra ET AL tract, Volume 726, Page 385, along said barbed wire fence, a distance of 235.03 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-4=9001-2 for angle, said point being on the Western boundary of the parcel herein described;

**Thence:** N 22°06'38" W departing said property line, departing said barbed wire fence, along said Western boundary, crossing the center of an existing 15 foot wide dirt road at 20 feet, a distance of 280.28 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-4A for a Point on Line;

**Thence:** N 22°06'38" W along said Western boundary, a distance of 280.28 feet returning to the **Place of Beginning.**

# SCHEDULE

# D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-9000
Owner:  Ociel Mendoza, *et al.*
Acreage:  2.574

# SCHEDULE

# E

## SCHEDULE E

### ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-9000
Owner:  Ociel Mendoza, *et al.*
Acreage:  2.574

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in the following Warranty Deed with Vendor's Lien Document No. 2009-286148, Official Records of Star County (O.R.S.C.) reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is NINETY THREE THOUSAND, TWO HUNDRED AND SIXTY ONE DOLLARS NO/100 ($93,261.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Ociel Mendoza**<br>████████████<br>Rio Grande City, Texas 78582 | **RGV-RGC-9000**<br>Warranty Deed with Vendor's Lien,<br>Document #2009-286148;<br>Recorded September 29, 2009,<br>Deed Records of Starr County. |
| **Martha N. Mendoza**<br>████████████<br>Rio Grande City, Texas 78582 | **RGV-RGC-9000**<br>Warranty Deed with Vendor's Lien,<br>Document #2009-286148;<br>Recorded September 29, 2009,<br>Deed Records of Starr County. |
| **Department of the Treasury - Internal Revenue Service**<br>5450 Stratum Drive, Suite 150<br>Fort Worth, Texas 76137 | Federal Tax Lien,<br>Document # 2019-352019;<br>Recorded September 19, 2019,<br>Deed Records of Starr County. |
| **Lone Star National Bank**<br>S. David Deanda, Jr. (Trustee)<br>520 East Nolana Avenue<br>McAllen, Texas 78504 | Deed Of Trust,<br>Document # 2012-305661;<br>Recorded June 29, 2012,<br>Deed Records of Starr County. |
| **International Bank of Commerce**<br>A. Boyd Carter (Trustee)<br>US Hwy 83 10th Avenue<br>Zapata, Texas 78076 | Deed Of Trust,<br>Document #2009-286149;<br>Recorded September 29, 2009,<br>Deed Records of Starr County. |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N. FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **Tax Authority** |