IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff,* § § v. § § 2.574 ACRES OF LAND, MORE OR § LESS, SITUATE IN STARR COUNTY, § STATE OF TEXAS; AND OCIEL § MENDOZA, et al., § § *Defendants.* § | CASE NO.  7:20-CV-253 |

___

### CLERK'S RECEIPT
___

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on September 8, 2020, I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **NINETY-THREE THOUSAND TWO HUNDRED SIXTY-ONE DOLLARS AND NO CENTS** ($93,261.00), being the estimated amount of just compensation in the above entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By: *Kathy Nguyen*
**Deputy Clerk**