IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 7:20-CV-253 |
| 2.574 ACRES OF LAND, MORE OR LESS SITUATED IN STARR COUNTY, STATE OF TEXAS; AND OCIEL MENDOZA, ET AL | § § § § § § § | |
| Defendants. | § | |

**DEFENDANT'S MOTION FOR LEAVE TO LATE FILE
DEFENDANT, MARTHA MENDOZA'S, DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, MARTHA MENDOZA, by and through her attorneys, and files this Motion for Leave to Late File her Disclosure of Interested Parties under Rule 26, and in support of such Motion show:

I.

The deadline to file the Defendant's Disclosure of Interested Parties was on or before September 18, 2020.

II.

Although Defendant's counsel prepared their Disclosure of Interested Parties, it was inadvertently not timely filed. Defendant, MARTHA MENDOZA, respectfully requests this Honorable Court grant her Motion for Leave to Late File her Disclosure of Interested Parties attached to this document as Exhibit "A" so that Defendant is not prejudiced.

1

WHEREFORE, PREMISES CONSIDERED, the Defendant, MARTHA MENDOZA, respectfully prays that this Honorable Court grant her Motion for Leave and allow Defendant to file her Disclosure of Interested Parties.

    Respectfully submitted,

    CONTRERAS GUTIERREZ AND ASSOCIATES
    1302 S. 10th Ave.
    Edinburg, Texas 78539
    Phone:  (956) 683-0057
    Fax:      (956) 683-0059
    Email: cynthia@ccglaw.net

By: /s/ Cynthia Contreras Gutierrez
    CYNTHIA CONTRERAS GUTIERREZ
    Texas Bar No. 08640550

    PALACIOS, GARZA & THOMPSON, P.C.
    2724 West Canton Road
    Edinburg, Texas 78539
    Phone:  (956) 318-0507
    Fax:      (956) 318-0575
    Email: lthompson@pgtlawfirm.com

By: /s/ Lucia Thompson
    LUCIA THOMPSON
    Texas Bar No. 24025677

**ATTORNEYS FOR DEFENDANT,
MARTHA MENDOZA**

## CERTIFICATE OF CONFERENCE

I, Cynthia Contreras Gutierrez, certify that on the 13th day of October, I consulted with Assistant US Attorney Roland Ramos regarding this Motion. Mr. Ramos stated that he does not oppose the Motion.

By: /s/ Cynthia Contreras Gutierrez
Cynthia Contreras Gutierrez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in compliance with the Federal Rules of Civil Procedure on the _13th_ day of October, 2020 to:

Electronically by ECF
Roland D. Ramos
Assistant United States Attorney
1701 W. Bus. Highway 83, Suite 600
McAllen, Texas 78501

By: /s/ Cynthia Contreras Gutierrez
Cynthia Contreras Gutierrez