IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 7:20-CV-253 |
| 2.574 ACRES OF LAND, MORE OR LESS SITUATED IN STARR COUNTY, STATE OF TEXAS; AND OCIEL MENDOZA, ET AL | § § § § § | |
| Defendants. | § § | |

## ORDER

On this day came to be heard Defendant, MARTHA MENDOZA's, Motion For Leave to Late File Disclosure of Interested Parties under Rule 26, and the Court, having considered the Motion, determines that it should be GRANTED. It is therefore,

ORDERED that Defendant's Motion For Leave to Late File Disclosure of Interested Parties, which is attached as Exhibit "A" to Defendant's Motion, be and the same is hereby GRANTED.

DONE at McAllen, Texas on this _____ day of _____, 2020.

_____
United States District Judge