IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 7:20-CV-253 |
| 2.574 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND OCIEL MENDOZA, *et al.* | § § § § § § | |
| Defendants. | § § | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE BETWEEN THE UNITED STATES OF AMERICA AND DEFENDANTS

1. Pursuant to Local Rule 16.3, Defendants Ociel Mendoza and the Department of Treasury-Internal Revenue Service, and Plaintiff the United States of America (collectively, "the Parties"), file this joint notice of the Parties' forthcoming settlement agreement.

2. The Parties have reached a settlement in principle that, once finalized, will resolve this matter entirely. The Parties are in the process of drafting revestment language that will require approval from the U.S. Customs and Border Protection, U.S. Department of Homeland Security, and U.S. Department of Justice.

3. Upon finalizing the Parties' settlement agreement, the Parties will file a joint stipulation to settle, detailing the terms of the Parties' agreement and requesting that the Court enter an order of dismissal in accordance with those terms.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By: *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, Texas 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov
Attorney in Charge for the United States of America

**FOR DEFENDANT OCIEL MENDOZA:**

**MARGIL SANCHEZ, JR.**
Attorney at Law
Bar I.D. No. 17570800
P.O. Box 297
Rio Grande City, Texas 78582
Tel. No. 956-487-7575
Fax. No. 956-487-8491
Email: msjlaw@yahoo.com

**FOR DEFENDANT DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE:**

*s/ David L. Guerra (with permission)*
**DAVID L. GUERRA**
Assistant United States Attorney
1701 Business 83, Suite 600
McAllen, Texas 78501
(956) 618-8010/FAX (956) 618-8016
State Bar No. 08575200
Southern Dist. of Texas No. 14435

## CERTIFICATE OF SERVICE

I, Roland D. Ramos, Assistant United States Attorney for the United States of America, do hereby certify that on September 7, 2021, a copy of the foregoing was served on all parties in accordance with Federal Rules of Civil Procedure.

*s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney