United States District Court
Southern District of Texas
**ENTERED**
September 20, 2021
Nathan Ochsner, Clerk

UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  TEXAS
MCALLEN  DIVISION

| | |
|---|---|
| UNITED  STATES  OF  AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| 2.574 ACRES  OF  LAND,  more or less, in | § |
| STARR  COUNTY,  TEXAS;  OCIEL | § |
| MENDOZA;  and  INTERNAL  REVENUE | § |
| SERVICE, | § |
| | § |
| Defendants. | § |

CIVIL  ACTION  NO.  7:20-cv-00253

## ORDER

The  Court  now  considers  this  case.  The  Court's  November  3,  2020  scheduling  order required the parties, by September 14, 2021, "to notify the Court whether the parties (1) consent to the Court deciding the issue of just compensation upon briefs and evidence submitted therewith or (2) request an evidentiary hearing on the issue of just compensation."[1]  Although the Court acknowledges that the parties recently reached a settlement in principle,[2]  the parties have not requested, and the Court has not granted, a stay of its scheduling order. The parties' notifications are accordingly overdue. The Court **ORDERS** the parties to comply with the September 14th scheduling order deadline no later than **September 24, 2021**, and to **SHOW CAUSE** in their notification for their failure to comply with the Court's November 3, 2020 scheduling order deadline; alternatively, the parties may seek an extension of time scheduling order to allow time for full resolution of this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of September 2021.

_____
Micaela Alvarez
United  States  District  Judge

---

[1] Dkt. No. 25 at 2.
[2] Dkt. No. 37.