UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> § CIVIL ACTION NO. 7:20-cv-00253 <br> 2.574 ACRES OF LAND, more or less, in § <br> STARR COUNTY, TEXAS; OCIEL § <br> MENDOZA; and INTERNAL REVENUE § <br> SERVICE, § <br> § <br> Defendants. § | |

## **FINAL JUDGMENT**

The Court hereby renders final judgment in this case in accordance with Federal Rules of Civil Procedure 54 and 58. Having considered the parties' "Joint Stipulation of Revestment,"[1] and having determined that it warrants entry of this final judgment,[2] the Court **ORDERS**, **ADJUDGES**, and **DECREES** that:

All property interests held by Defendant Ociel Mendoza as of August 31, 2020, in Tract RGV-RGC-9000, which is a 2.574-acre parcel of land particularly described in the United States' Schedules C and D,[3] together with all encumbrances thereof existing as of August 31, 2020, and all encumbrances since created and not otherwise discharged, are hereby **RE-VESTED** in Defendant Ociel Mendoza.

The total sum of ninety-three thousand two hundred sixty-one dollars ($93,261) deposited by the United States,[4] together with any interest earned while on deposit in the registry of the

---

[1] Dkt. No. 40.
[2] Dkt. No. 42.
[3] Dkt. No. 1-1 at 5–11.
[4] Dkt. No. 5.

Court,[5] is **ORDERED** to be immediately disbursed to "F & A Officer, USAED, Fort Worth" with a check notation referencing "Tract No. RGV-RGC-9000," at the following address:

Charanne Marshall
Finance and Accounting Officer, U.S. Army Engineer District
P.O. Box 17300
Room 3A37
Fort Worth, Texas 76102

This final judgment resolves all issues in this case. Each party to this proceeding is to bear its own costs and fees. Any relief not expressly granted in this final judgment is hereby **DENIED**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. Execution may issue for this final judgment as allowed by law. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of September 2021.

_____
Micaela Alvarez
United States District Judge

---

[5] *See* 40 U.S.C. § 3116. *But see* 40 U.S.C. § 3114(c)(1).

